**Order filed, April 25, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00366-CV
_____

**R.V. Brothers Inc. aka R.V. Enterprises, Inc. d/b/a V & J Trucking, Appellant**

**V.**

**Paramjjit Singh Toor and Kulwant Singh Nagra, Appellee**

---

**On Appeal from the 253rd District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV24773**

---

## ORDER

The reporter's record in this case was due March 6, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, **the Official Court Reporter of the 253rd District Court**, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM